# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houser, Barbara J. | US Bky Ct; No Dst of Tx | 04/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

1254 Earle Cabell Federal Bldg
1100 Commerce Street
Dallas, TX 75242-1496

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Present Interest Trust |
| 2. | Fellow; Member of Executive Committee | National Bankruptcy Conference |
| 3. | Fellow | American College of Bankruptcy |
| 4. | Fellow | American Bar Foundation |
| 5. | Fellow | Texas Bar Foundation |
| 6. | Master | John C. Ford American Inn of Court |
| 7. | Member; Member of Board of Directors and Executive Committe of such Board | American Bankruptcy Institute |
| 8. | Vice Chair of Board of Directors | Dallas Legal Hospice n/k/a Legal Hospice of Texas |
| 9. | Member, Member of Board of Governors | National Conference of Bankruptcy Judges |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | January 16-17 | Washington DC | Attend hearings in Houser class action | Transportation, Lodging, and Meals |
| 2. | State Bar of Texas | February 19-20 | Houston, TX | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 3. | American College of Bankruptcy | March 13-15 | Washington DC | Attend Spring Meeting of College and speak at educational program | Transportation, Lodging and Meals |
| 4. | National Conference of Bankruptcy Judges | April 6-8 | Kansas City, MO | Attend mid-year meeting of NCBJ | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Houser, Barbara J. | 04/15/2015 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | American Bankruptcy Institute | April 24-27 | Washington DC | Attend ABI Board meeting and speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 6. | Western District of MO | May 15-16 | Kansas City, MO | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 7. | American Bankruptcy Institute | June 15-16 | Washington DC | Speak at bankruptcy conference | Lodging and Meals |
| 8. | American Bankruptcy Instititue | July 24-27 | Amerlia Island, FL | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 9. | American Bankruptcy Institute | September 11-12 | Irving, TX | Speak at bankruptcy conference | Lodging and Meals |
| 10. | National Conference of Bankruptcy Judges | October 7-11 | Chicago, IL | Attend annual meeting of NCBJ | Transportation, Lodging, and Meals |
| 11. | American Bankruptcy Insititue | October 23-24 | Washington DC | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 12. | American Bankruptcy Institute | December 3-6 | Palm Springs, CA | Speak at bankruptcy conference | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Glenn Cox | Cash gift | $14,000.00 |
| 2. | Veronica Cox | Cash gift | $14,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Technical Communications common stock | A | Dividend | J | T | | | | | |
| 2. Bank of America (various accounts) | A | Interest | J | T | | | | | |
| 3. Wells Fargo (checking account) | A | Interest | J | T | | | | | |
| 4. Capital One Checking and saving accounts | B | Interest | M | T | | | | | |
| 5. ▒ Present Interest Trust ▒ | | None | | | | | | | |
| 6. Wal-Mart Stores, Inc. common stock | A | Dividend | K | T | | | | | |
| 7. Discover Bank CD | C | Interest | M | T | | | | | |
| 8. Jefferson Bank CD n/k/a Mid-South Bank | A | Interest | | | Redeemed | 01/16/14 | L | | |
| 9. Intervest National Bank CD | B | Interest | L | T | | | | | |
| 10. Nexity Bank CD n/k/a Alostar Bank | C | Interest | M | T | | | | | |
| 11. | | | | | Buy (add'l) | 02/05/14 | M | | |
| 12. GMAC Bank (various accounts and CDs) n/k/a Ally Bank | D | Interest | M | T | | | | | |
| 13. Am Trust Direct n/k/a New York Community Bank money market | B | Interest | M | T | | | | | |
| 14. Patriot Bank CDs | D | Interest | M | T | | | | | |
| 15. Great Western Bank CDs | B | Interest | | | Redeemed (part) | 10/06/14 | M | | |
| 16. | | | | | Redeemed (part) | 10/10/14 | L | | |
| 17. | | | | | Redeemed | 10/28/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Equity Bank CDs n/k/a Triumph Savings Bank | B | Interest | M | T | | | | | |
| 19. Salem 5 Savings and Checking accounts | A | Interest | M | T | | | | | |
| 20. Share Plus Federal Bank CD and checking account n/k/a Green Bank | B | Interest | L | T | | | | | |
| 21. Colorado Federal Savings Bank Money Market | B | Interest | M | T | | | | | |
| 22. First National Bank of Omaha Money Market | B | Interest | M | T | | | | | |
| 23. SallieMae Bank Money Market | B | Interest | M | T | | | | | |
| 24. GE Capital Retail Bank CD n/k/a Synchrony Bank | A | Interest | M | T | | | | | |
| 25. GE Capital Retail Bank High Yield Savings n/k/a Synchrony Bank | A | Interest | J | T | | | | | |
| 26. GE Capital Retail Bank CD n/k/a Synchrony Bank | A | Interest | L | T | Buy | 03/22/14 | L | | |
| 27. BBVA Compass Bank (various accounts and CD) | A | Interest | L | T | Buy | 11/03/14 | L | | |
| 28. Brokerage account # 1 (H) | | | | | | | | | |
| 29. Anheuser-Busch (BUD) common stock | B | Dividend | L | T | Buy (add'l) | 09/18/14 | K | | |
| 30. | | | | | Sold (part) | 03/10/14 | J | C | |
| 31. Automatic Data Processing Inc (ADP) common stock | A | Dividend | K | T | | | | | |
| 32. | | | | | Sold (part) | 03/10/14 | J | C | |
| 33. Berkshire Hathaway Inc (BRKB) common stock | | None | M | T | | | | | |
| 34. Bristol Myers Squibb (BMY) common stock | A | Dividend | L | T | Buy | 06/02/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Campbell Soup (CPB) common stock | B | Dividend | L | T | | | | | |
| 36. Coca-Cola (KO) common stock | A | Dividend | K | T | | | | | |
| 37. Davita Inc (DVA) common stocl | | None | L | T | | | | | |
| 38. DirectTV COM (DTV) common stock | | None | | | Sold (part) | 03/10/14 | J | C | |
| 39. | | | | | Sold | 05/13/14 | K | E | |
| 40. Emerson Electric (EMR) common stock | A | Dividend | K | T | Buy (add'l) | 10/14/14 | J | | |
| 41. | | | | | Sold (part) | 03/10/14 | J | C | |
| 42. Exxon Mobil (XOM) common stock | B | Dividend | K | T | Buy (add'l) | 04/30/14 | K | | |
| 43. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 44. HERMES INTL SA EURO ORD (HESAF) common stock | | None | J | T | Buy | 12/24/14 | J | | |
| 45. Hershey (HSY) common stock | B | Dividend | L | T | | | | | |
| 46. Intl Business Machines (IBM) common stock | B | Dividend | | | Sold | 12/15/14 | K | | |
| 47. Johnson & Johnson (JNJ) common stock | B | Dividend | L | T | | | | | |
| 48. LVMH Moet Hensy Louis Vutn Ord (LVMHF) common stock | C | Dividend | K | T | Buy | 10/14/14 | K | | |
| 49. Mc Donalds Corp (MCD) common stock | A | Dividend | K | T | | | | | |
| 50. Merck & Co Inc New Com (MRK) common stock | B | Dividend | L | T | Buy | 01/27/14 | L | | |
| 51. Monsanto (MON) common stock | A | Dividend | K | T | Sold (part) | 03/10/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Nestle SA (NSRGY) common stock | B | Dividend | L | T | Buy (add'l) | 10/14/14 | J | | |
| 53. Oneok Inc New (OKE) common stock | | None | L | T | Buy | 12/15/14 | K | | |
| 54. Pepsico (PEP) common stock | B | Dividend | L | T | Buy (add'l) | 05/13/14 | K | | |
| 55. Pfizer Inc (PFE) common stock | B | Dividend | K | T | | | | | |
| 56. Procter & Gamble (PG) common stock | B | Dividend | K | T | Buy (add'l) | 10/14/14 | J | | |
| 57. Schlumberger Ltd (SLB) common stocl | A | Dividend | K | T | Buy | 08/19/14 | L | | |
| 58. Sigma-Aldrich (SIAL) common stock | A | Dividend | K | T | Sold (part) | 03/10/14 | J | C | |
| 59. 3 M (MMM) common stock | B | Dividend | K | T | | | | | |
| 60. Southern Co (SO) common stock | A | Dividend | | | Sold | 04/30/14 | K | A | |
| 61. United Parcel Service (UPS) common stock | A | Dividend | K | T | Sold (part) | 03/10/14 | J | C | |
| 62. Wal Mart Stores (WMT) common stock | A | Dividend | K | T | Buy (add'l) | 10/14/14 | J | | |
| 63. Brokerage Account # 2 (H) | | | | | | | | | |
| 64. Bristol Myers Squibb (BMY) common stock | | None | | | Sold | 11/18/14 | K | D | |
| 65. Conoco Phillips (COP) common stock | | None | J | T | | | | | |
| 66. Phillips 66 Com (PSX) common stock | | None | J | T | | | | | |
| 67. MS Liquid Asset Fund (money market account) | A | Interest | K | T | Open | 11/18/14 | K | | |
| 68. Brokerage Account # 3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ABBVIE Inc (ABBV) common stock | A | Dividend | K | T | | | | | |
| 70. Altria Group Inc. (MO) common stock | A | Dividend | J | T | | | | | |
| 71. AMN Elec Power Co (AEP) common stock | A | Dividend | J | T | | | | | |
| 72. Automatic Data Processing (ADP) common stock | A | Dividend | K | T | Buy (add'l) | 05/29/14 | J | | |
| 73. Bristol-Myers Squibb Co (BMY) common stock | A | Dividend | J | T | | | | | |
| 74. California Resources Corp (CRC) common stock | | None | J | T | Spinoff (from line 89) | 12/04/14 | J | | |
| 75. CDK GLobal Inc (CDK) common stock | | None | J | T | Spinoff (from line 72) | 10/14/14 | J | | |
| 76. Chevron Corp (CVX) common stock | A | Dividend | K | T | Buy (add'l) | 05/29/14 | J | | |
| 77. Conagra Foods Inc (CAG) common stock | A | Dividend | K | T | Buy (add'l) | 05/29/14 | J | | |
| 78. Du Pont E I De Nemours (DD) common stock | A | Dividend | J | T | | | | | |
| 79. Emerson Elec Co (EMR) common stock | A | Dividend | J | T | | | | | |
| 80. Glaxosmithkline PLC ADR (GSK) common stock | A | Dividend | J | T | | | | | |
| 81. Halyard Health Inc (HYH) common stock | | None | J | T | Spinoff (from line 83) | 11/06/14 | J | | |
| 82. Intel Corp (INTC) common stock | A | Dividend | J | T | | | | | |
| 83. Kimberly Clark (KMB) common stock | A | Dividend | K | T | | | | | |
| 84. Kraft Foods Group Inc (KRFT) common stock | A | Dividend | J | T | | | | | |
| 85. LVMH Eur 0.3 (LVMHF) common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. LVMH Moet Hennessy Louis (XIFFF) common stock | | None | J | T | Spinoff (from line 85) | 12/17/14 | J | | |
| 87. McDonalds Corp (MCD) common stock | A | Dividend | K | T | Buy (add'l) | 05/29/14 | K | | |
| 88. Nextera Energy Inc (NEE) common stock | A | Dividend | J | T | | | | | |
| 89. Occidental Pete Corp Cal (OXY) common stock | A | Dividend | J | T | | | | | |
| 90. Paccar Inc (PCAR) common stock | A | Dividend | J | T | | | | | |
| 91. Philip Morris Intl Inc (PM) common stock | A | Dividend | J | T | | | | | |
| 92. PPL Corporation (PPL) common stock | A | Dividend | J | T | | | | | |
| 93. Southern Company (SO) common stock | A | Dividend | J | T | Buy (add'l) | 05/29/14 | J | | |
| 94. Spectra Energy Corp (SE) common stock | A | Dividend | J | T | | | | | |
| 95. Thomson Reuters Corp (TRI) common stock | A | Dividend | J | T | | | | | |
| 96. Toronto Dominion Bank (TD) common stock | A | Dividend | J | T | | | | | |
| 97. United Parcel Service (UPS) Class B shares | A | Dividend | J | T | | | | | |
| 98. Blackrock Global Long Short Credit Fund Cl 1 (BGCIX) | A | Dividend | K | T | Buy (add'l) | 05/29/14 | K | | |
| 99. Eaton Vance Floating Rate Fund Cl 1 (EIBLX) | A | Dividend | K | T | | | | | |
| 100. First TR Utilities Alphadex Fund (FXU) | A | Dividend | K | T | Buy (add'l) | 05/29/14 | K | | |
| 101. First TR Financials Alphadex Fund (FXO) | A | Dividend | J | T | | | | | |
| 102. First Tr Health Care Alphadex Fund (FXH) | A | Dividend | K | T | Buy | 04/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First TR Industrial PRDCR Durables Alphadex Fund (FXR) | A | Dividend | J | T | | | | | |
| 104. First TR Materials Alphadex Fund (FXZ) | A | Dividend | J | T | Buy | 01/02/14 | J | | |
| 105. Ishares MSCI DCA ETF (EWC) | A | Dividend | J | T | | | | | |
| 106. Ishares MSCI Switzerland (EWL) | A | Dividend | J | T | | | | | |
| 107. Ishares MSCI Sweden (EWD) | A | Dividend | J | T | | | | | |
| 108. Ishares US Telecommunications ETF (IYZ) | A | Dividend | J | T | Buy | 01/02/14 | J | | |
| 109. IShares MSCI EAFE Index Fund (EFA) | B | Dividend | L | T | Buy (add'l) | 05/29/14 | J | | |
| 110. Ishares MSCI Pacific Ex Japan (EPP) | A | Dividend | J | T | | | | | |
| 111. Ishares IBOXX Invt Grade Corp Bd (LQD) | A | Dividend | J | T | | | | | |
| 112. Ishares MSCI Emerging Mkts (EEM) | A | Dividend | K | T | Buy (add'l) | 05/29/14 | J | | |
| 113. IShares Trust Dow Jones US Real Estate Index Fund (IYR) | A | Dividend | K | T | | | | | |
| 114. Ishares MSCI EMU ETF (EZU) | B | Dividend | K | T | Buy (add'l) | 03/24/14 | J | | |
| 115. Ishares Inc Global High Yield Corp BD FD (GHYG) | A | Dividend | J | T | Buy (add'l) | 05/29/14 | J | | |
| 116. Ishares Inc Core MSCI Emerging Mkts ETF (IEMG) | A | Dividend | K | T | Sold (part) | 03/24/14 | J | | |
| 117. | | | | | Buy (add'l) | 05/29/14 | J | | |
| 118. Ishares MSCI United Kingdom (EWU) | A | Dividend | J | T | | | | | |
| 119. JP Morgan Strategic Income Opp Fund (JSOSX) | A | Dividend | K | T | Buy (add'l) | 05/29/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Legg Mason BW Global Opportunities BD FD 1 (GOBIX) | A | Dividend | J | T | Buy (add'l) | 05/29/14 | J | | |
| 121. Sector SPDR Energy (XLE) | A | Dividend | J | T | | | | | |
| 122. SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | | | | | |
| 123. SPDR Barclays Convertile Securities ETF (CWB) | A | Dividend | J | T | | | | | |
| 124. SPDR Gold Trust (GLD) | | None | J | T | Sold (part) | 01/14/14 | J | A | |
| 125. | | | | | Sold (part) | 02/19/14 | J | A | |
| 126. | | | | | Sold (part) | 03/17/14 | J | A | |
| 127. | | | | | Sold (part) | 04/10/14 | J | A | |
| 128. | | | | | Sold (part) | 05/16/14 | J | A | |
| 129. | | | | | Sold (part) | 06/17/14 | J | | |
| 130. | | | | | Sold (part) | 07/10/14 | J | A | |
| 131. | | | | | Sold (part) | 08/13/14 | J | | |
| 132. | | | | | Sold (part) | 09/11/14 | J | A | |
| 133. | | | | | Sold (part) | 10/10/14 | J | | |
| 134. | | | | | Sold (part) | 11/13/14 | J | | |
| 135. | | | | | Sold (part) | 12/11/14 | J | | |
| 136. SPDR S P World Ex US (GWL) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SPDR Series Trust shares (XTL) | A | Dividend | K | T | | | | | |
| 138. Third Avenue Focused Credit Fund CL Instl (TFCIX) | A | Dividend | J | T | | | | | |
| 139. Vanguard Small Cap Value ETF (VBR) | A | Dividend | K | T | Buy (add'l) | 05/29/14 | K | | |
| 140. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | K | T | Buy (add'l) | 05/29/14 | J | | |
| 141. Vanguard Value ETF (VTV) | B | Dividend | M | T | Buy (add'l) | 03/24/14 | J | | |
| 142. | | | | | Buy (add'l) | 05/29/14 | K | | |
| 143. Vanguard Growth ETF (VUG) | B | Dividend | M | T | Sold (part) | 03/24/14 | J | | |
| 144. | | | | | Buy (add'l) | 05/29/14 | K | | |
| 145. Vanguard Information Tech ETF (VGT) | A | Dividend | K | T | Buy | 01/03/14 | J | | |
| 146. Wisdomtree Trust Japan Hedged Equity FD (DXJ) | A | Dividend | J | T | | | | | |
| 147. Elements-Rogers TR SV=4126.81 | | None | J | T | Buy (add'l) | 01/03/14 | J | | |
| 148. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 149. Emerging Global Shares (ECON) | A | Dividend | | | Sold (part) | 03/24/14 | J | | |
| 150. | | | | | Sold | 05/29/14 | J | | |
| 151. Ishares 20+ Year T Bond ETF (TLT) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 152. Ishares TIPS Bond ETF (TIP) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 153. Ishares 3-7 Year Treasury Bond ETF (IEI) | A | Dividend | | | Sold | 05/29/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Ishares MBS ETF (MBB) | A | Dividend | | | Sold | 05/29/14 | J | A | |
| 155. Market Vectors Emergin Mkts Local Currency Debt ETF (EMLC) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 156. Powershares Global ETF TR (PCY) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 157. Powershares Preferred Portfolio (PGX) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 158. SPDR Barclays Intl Treasury Bond ETF (BWX) | A | Dividend | | | Sold | 05/29/14 | J | A | |
| 159. Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 160. Vanguard Short Term Bond (BSV) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 161. Brokerage Account # 4 (H) | | | | | | | | | |
| 162. J P Morgan Mortgage Backed Securities Fund (OMBIX) | A | Dividend | | | Sold | 05/29/14 | J | | |
| 163. Ishare Core Total US (Bond Market EFT (AGG) | A | Dividend | | | Sold | 05/29/14 | J | A | |
| 164. Guggenheim Bulletshares 2016 Corporate Bond ETF (BSCG) | A | Dividend | | | Sold | 05/29/14 | J | A | |
| 165. Sector SPDR Consmrs Stpl (XLP) | | None | | | Sold | 01/02/14 | J | B | |
| 166. Vanguard Short-Term Corporate Bond (VCSH) | A | Dividend | | | Sold | 05/29/14 | J | A | |
| 167. Consumer Discretionary SPDR (XLY) | | None | | | Sold | 01/03/14 | K | C | |
| 168. Health Care Select SPDR (XLV) | | None | | | Sold | 01/02/14 | K | C | |
| 169. Ishares 1-3 Year Treasury Bond ETF (SHY) | A | Dividend | | | Sold | 05/29/14 | J | A | |
| 170. Ishares RS 2000 Value (IWO) | | None | | | Sold | 05/29/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Pimco 0-5 Year H/Y Corp Bond Index ETF (HYS) | A | Dividend | | | Sold | 05/29/14 | J | A | |
| 172. Vanguard Industrial ETF (VIS) | A | Dividend | | | Sold | 04/01/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3 - This account was opened on July 10, 2012.  Through an oversight, it was not reported in my 2012 and 2013 Financial Disclosure Reports.  At year end 2012 and 2013, the value of the account was J and K, respectively.

Parat VII, line 5 - This trust has no assets.

Part VII, lines 69-97 - These stocks were in Brokerage Account #5 in my 2013 Financial Disclosure Report.  In an attempt to streamline my reporting, Brokerage Accout #5 was closed and journal entries were made transferring the stocks into Brokerage Account #3 during 2014.

Part VII, lines 98, 99, 100, 109, 112, 113, 115, 119, 120, 121, 123, 124-135, 136, 138, and 147-148 - These assets were in Brokerage Account #4 in my 2013 Financial Disclosure Report.  In an attempt to streamline my reporting, Brokerage Account #4 was closed and journal entries were made transferring these assets into Brokerage Account #3 during 2014.

Part VII, lines 101, 103 and 107 - These assets were in Brokerage Account #5 in my 2013 Financial Disclosure Report.  In an attempt to streamline my reporting, Brokerage Account #5 was closed and journal entries were made transferring these assets into Brokerage Account #3 during 2014.

Part VII, Line 161 - Brokerage Account #4 was closed in 2014, after the assets that remained in that account were sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barbara J. Houser**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544